# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RALPH COUNTRYMAN,<br>             Plaintiff,<br>vs.<br> BACA, et al.,<br>             Defendants. | 3:07-CV-00052-PMP-RAM<br>**ORDER** |

Before the Court for consideration are Defendants' Motion for Partial Dismissal (Doc. #75) filed February 5, 2009. On June 24, 2009, the Honorable Robert A. McQuaid, Jr., United States Magistrate Judge, entered a Report and Recommendation (Doc. #90) recommending that Defendants' Motion for Partial Dismissal (Doc. #75) be granted as to Counts IV and V of the Amended Complaint with prejudice. Magistrate Judge McQuaid's Report further recommended denial of Plaintiff Countryman's Motion to Strike (Doc. #83).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge McQuaid's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Defendants' Motion for Partial Dismissal (Doc. #75) as to Counts IV and V of the Amended Complaint is GRANTED with prejudice.

**IT IS FURTHER ORDERED that** Plaintiff Countryman's Motion to Strike (Doc. #83) is DENIED.

**IT IS FURTHER ORDERED that** Defendants Williams, Jaeger, and Rexwinkel are DISMISSED with prejudice.

DATED:  July 15, 2009.

_____
PHILIP M. PRO
United States District Judge