UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RALPH COUNTRYMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>BACA, et al.,<br><br>        Defendants. | 3:07-CV-00052-PMP-RAM<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff Ralph Countryman's Motion to Reconsider Denial of Plaintiff's Motion for Summary Judgment (Doc. #111), filed April 6, 2010, is **DENIED**.

DATED: May 12, 2010.

*[signature]*

PHILIP M. PRO
United States District Judge